No. 4941.—Molina, apldo., *v.* Busó et al., apltes.—C. D. Humacao.—■■■■■■■■■■■■ Mayo 1, 1929. Constando de la moción y de la declaración jurada del demandante-apelado que una de las partes demandadas necesarias no fué notificada de la apelación por otro de los demandados; y constando igualmente de dichas moción y declaración jurada que la apelación es frívola, que no es necesaria la transcripción de la evidencia y por consiguiente que la transcripción de autos debió haberse radicado ante esta corte dentro del término de treinta días a partir de la fecha en que se interpuso el recurso de apelación, cosa que no se hizo, se declara con lugar la moción y en su consecuencia se desestima la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de Humacao con fecha 8 de febrero de 1929, en el caso arriba titulado.